IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:

    Vasco Williams, III

                Debtor                Case No: 14-21886-13

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby Objects to the Debtor's Chapter 13 Plan filed on October 07, 2014. In support of the Trustee's Objection, the court is advised as follows:

    1. The Trustee seriously questions the good faith filing of the petition, plan and schedules for several reasons which he will enumerate. The petition was filed on August 7, 2014. On August 1, 2014 (per the lease contract), the debtor traded in a 2011 Dodge Ram with a monthly payment of $671. Debtor entered into a lease contract with BMW for a 2014 BMW X5 with a payment of $1,315 per month for 36 months. This caused the debtor to increase his expense for a vehicle by $644 per month. If the debtor had not entered into the lease, this would have resulted in the general creditors receiving $38,640 ($644x60). Debtor continues to accept this lease.

    2. On August 2, 2014 (per the debtor's 341 testimony), the debtor purchased a 2014 BMW 328xi for approximately $46,000. Per the debtor, he purchased the vehicle for his 17 year old daughter because she had good grades. Debtor continues to propose to pay this debt through the plan.

    3. Debtor's original plan proposed to pay for a 2012 Harley Davidson Street Glide in full. The debtor owes $30,447 per the proof of claim. Debtor lists the value of motorcycle as $25,500. On October 7, 2014, the Debtor amended the plan to surrender the Harley. In addition, the debtor's non-filing spouse (who does not work outside the home) drives a 2009 Jaguar with a debt of $24,140 (per the schedules). Originally, the Debtor proposed to pay this debt through the plan. On October 7, 2014, the Debtor amended the plan to surrender the Jaguar.

    4. Debtor's plan still proposes to pay for two 2011 Kawasaki motorcycles through the plan with debts of $4,304 and $1,549, respectively.

    5. Debtor's Means Test reflects disposable income in the amount of $3,104.70 which results in a pool of $186,282. This plan should be 100% plan. The Trustee believes both BMWs should be surrendered and should be replaced with a vehicle that reflects someone in the Debtor's financial situation. On September 12, 2014, the Trustee is requested all bank statements from January 1, 2014 through August 31, 2014 per LBR 4002.2. To date, the Debtor has not provided the statements. In addition, the amended plan is not feasible.

Until the Debtor's Chapter 13 Plan is modified where appropriate to resolve the Trustee's Objection, the Trustee prays the Court deny confirmation of the Debtor's Plan as proposed.

**WHEREFORE**, the Chapter 13 Trustee hereby objects to the Debtor's Chapter 13 Plan as proposed for the reasons more fully outlined herein.

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtor and Debtor's Attorney will be served either electronically or via U.S. mail.

s/ W.H. Griffin, Chapter 13 Trustee

Vasco Williams, III
13937 W 150th Ter
Olathe, KS 66062